CASE 82.—ACTION BY H. T. HESSIG AGAINST CATHERINE HESSIG'S ADMINISTRATOR AND OTHERS.—Nov. 27.

# Hessig v. Hessig's Admr., &c.

Appeal from McCracken Circuit Court.

W. M. REED, Circuit Judge.

On motion to extend an order granting a cross-appeal so as to apply to a person not a party to the appeal.—Motion denied.

Appeal and Error—Right of Review—Cross-Appeals—Persons Not Parties in Appellate Court.—Under the express provisions of Civil Code Prac. section 755, an appellee may obtain a cross-appeal at any time before trial by an entry on the records

of the Court of Appeals, but a cross-appeal can only be granted as against an appellant who brings the original appeal to the Court of Appeals, since parties not before the court on appeal are not affected by cross-appeals, and, if it is desired to have the judgment reviewed as to other parties, the complaining party must prosecute an original appeal which he may do notwithstanding the pendency of the appeal between other parties.

D. G. PARK for the motion.

WHEELER, HUGHES & BERRY opposed.

OPINION OF THE COURT BY CHIEF JUSTICE O'REAR—
Denying motion.

The circuit court rendered a judgment partially in favor of Hessig's guardian and partly disappointing to him. Both parties took exception to the judgment, and each prayed an appeal to this court. Appellant prosecuted the appeal in due season. Thereupon appellee, Hessig's guardian, prayed and was granted a cross-appeal against the appellant. He now complains because the order did not also grant a cross-appeal against the Fidelity & Deposit Company, who was also a party in the circuit court, and who was a surety it is alleged upon the obligation in suit.

By section 755, Civil Code Practice, the appellee may obtain a cross-appeal, at any time before trial, by an entry on the records of the Court of Appeals; but a cross-appeal can only be granted as against the appellant who brings the original appeal to this court. Parties not before this court on the appeal are not affected by a cross-appeal. Daviess County v. Howard, 13 Bush 101. If other parties are concerned, and it is desired to have the judgment reviewed on appeal as against them, the party complaining must prosecute his appeal by original appeal, which he may do

notwithstanding the pendency of the appeal between other parties.

Motion to extend the order is denied.